IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-cv-143-RJC-DCK

| | |
|---|---|
| MARTIN J. KINNAVY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| CARRIER CORPORATION, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed June 3, 2010 pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Alex S. Drummond of the law firm of Seyfarth Shaw LLP, is a member in good standing of the Bar of the State of Georgia.

It further appears that Mr. Drummond has associated John Brem Smith of Smith Law Firm, P.C. as local counsel.

**IT IS THEREFORE ORDERED** that Alex S. Drummond be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant, Carrier Corporation.

Signed: June 3, 2010

David C. Keesler
United States Magistrate Judge